UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LAWRENCE, individually
and on behalf of all others similarly
situated,

    Plaintiff,

CASE NO.:   8:21-cv-01711-KKM-JSS

v.

PAY READY, INC., and SENTRY
CREDIT, INC.,

    Defendants.

NOTICE OF PENDING SETTLEMENT
AS TO DEFENDANT PAY READY, INC.

**PLAINTIFF,** JUSTIN LAWRENCE, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JUSTIN LAWRENCE, and Defendant PAY READY, INC., have reached a settlement with regard to this case.  The parties will file appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 24, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                Respectfully submitted,

                                */s/ William "Billy" Peerce Howard*
                                William "Billy" Peerce Howard, Esq.
                                Florida Bar No. 0103330
                                Amanda J. Allen, Esq.
                                Florida Bar No. 0098228
                                THE CONSUMER PROTECTION FIRM, PLLC
                                401 East Jackson Street, Suite 2340
                                Truist Place
                                Tampa, FL   33602
                                Telephone: (813) 500-1500
                                Facsimile: (813) 435-2369
                                Billy@TheConsumerProtectionFirm.com
                                Amanda@TheConsumerProtectionFirm.com