UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LAWRENCE, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                                  Case No. 8:21-cv-1711-KKM-JSS

PAY READY, INC., and
SENTRY CREDIT, INC.,

    Defendants.
_____

## ORDER

Plaintiff notified the Court that the Plaintiff and Pay Ready, Inc. have settled. (Doc. 43.) Accordingly, the Court orders that all Plaintiff's claims against Pay Ready are **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, Plaintiff or Pay Ready may submit a stipulated final order or judgment or—upon good cause—move to reopen the action. After that 30-day period, dismissal shall be **with prejudice**.

The Clerk is directed to terminate Pay Ready, Inc., as a Defendant to this action and amend the case caption accordingly. The case remains open as between Plaintiff and Sentry Credit, Inc.

**ORDERED** in Tampa, Florida, on March 25, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge