UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LAWRENCE, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

PAY READY, INC., f/k/a DEBT LOGIC, INC., and SENTRY CREDIT, INC.,

    Defendants.

_____/

CASE NO. 8:21-cv-01711-KKM-JSS

## DEFENDANT SENTRY CREDIT, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

COMES NOW Defendant, SENTRY CREDIT INC., and hereby certifies that In accordance with Rule 3.01(g) of the Rules of the United States District Court for the Middle District of Florida, the undersigned certifies that on May 16, 2022, she attempted to confer with Plaintiff's counsel as to the relief sought in Defendant's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint, in a good faith effort to resolve the issues presented in the motion, but the Parties were unable to come to an agreement.

Respectfully submitted this 16 day of May, 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**
Miami Tower
100 SE Second Street, Suite 3900

Miami, FL 33131
Telephone: (305) 428-5330
Facsimile: (877) 634-7245

*/s/ Racquel A. White*
Racquel A. White
Florida Bar No. 392669
rwhite@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
*Counsel for Defendant, Sentry Credit, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

**SERVICE LIST**

William Peerce Howard, Esq.
The Consumer Protection Firm
401 East Jackson Street, Ste. 2340
Truist Place
Tampa, FL 33602
Email: billy@TheConsumerProtectionFirm.com
*Counsel for Plaintiff*