# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JUSTIN LAWRENCE, individually and
on behalf of all others similarly situated

    Plaintiff,

v.                                   CASE NO.:  8:21-cv-01711-KKM-JSS

SENTRY CREDIT, INC.

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, JUSTIN LAWRENCE, and the Defendant SENTRY CREDIT, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants SENTRY CREDIT, INC., in the above styled action, with Plaintiff and Defendants SENTRY CREDIT, INC., to bear their own attorney's fees, costs and expenses.

By:

/s/ William "Billy" Peerce Howard       /s/Racquel A. White
William "Billy" Peerce Howard, Esq.      Racquel A. White Esq.
Florida Bar No. 0103330                       Florida Bar No. 0392669
Amanda J. Allen, Esq.                         Sean P. Flynn, Esq.(*Pro Hac Vice*)
Florida Bar No. 0098228                       California Bar No. 220185
THE CONSUMER PROTECTION FIRM     GORDON REES SCULLY

| | |
|---|---|
| 401 East Jackson Street, Suite 2340<br>Truist place<br>Tampa, FL 33602<br>Telephone: (813) 500-1500<br>Facsimile: (813) 435-2369<br>Billy@TheConsumerProtectionFirm.com<br>Amanda@TheConsumerProtectionFirm.com<br><br>*Attorney for Plaintiff* | MANSUKHANI, LLP<br>Miami Tower, 100 SE second street<br>Miami, FL 33131,<br>Telephone: (305) 428-5330<br>Facsimile: (877) 634-7245<br><br>275 Batter Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>rwhite@grsm.com<br>sflynn@grsm.com<br><br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2022, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ William "Billy" Peerce Howard*
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330